# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:02-CR-00433- PMP |
| Plaintiff, | **ORDER** |
| vs. | |
| WENDOLEN LEONARD HOWARD, | |
| Defendant. | |

**IT IS ORDERED** that the government's Motion in Limine to Admit Preliminary Hearing Transcripts to Establish Violations of Supervised Release Conditions (Doc. #222), is **DENIED**, and that the Government shall proceed to subpoena the victim witnesses, Richard Gipson and Janina Rainwater for the Supervised Revocation Hearing set for May 7, 2013.

DATED: April 29, 2013.

PHILIP M. PRO
United States District Judge